UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK OLIVIER,

                Plaintiff,

  -against-

KEITH A. GONZALEZ and RONNIE CHARLES,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/17/2022___

20-CV-02634 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      This matter is scheduled for a telephonic status conference on May 19, 2022 at 4PM. Due to the Court's trial schedule, the telephonic status conference must be adjourned *sine die*. Both Plaintiff and Defendants have indicated to the Court that discovery is complete. Plaintiff has indicated that he will not be filing a dispositive motion, and Defendants have requested one week to inform the Court whether they will be filing a dispositive motion. Defendants are therefore directed to inform the Court by May 25, 2022 whether they will be filing a dispositive motion.

Dated:  May 17, 2022
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge