# SUSSMAN & ASSOCIATES
~Attorneys at Law~

| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN | 1 Railroad Ave. - Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924 | MONICA PONCE-AGREDANO<br>LEGAL ASSISTANT |

(845) 294-3991
Fax: (845) 294-1623
sussman1@sussman.law

**MEMO ENDORSED**

VIA ECF

October 27, 2022

Hon. Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Olivier v. Gonzalez*
       No. 20-cv-02634 (NSR/PED)

Dear Judge Roman,

This office represents the plaintiff in the above-referenced matter. This matter is presently set down for a conference with Your Honor on November 2, 2022, and the parties expected to have conducted a settlement conference with Judge Davison prior thereto. Unfortunately, I recently had to seek an adjournment of the settlement conference because we have not yet received information from CMS regarding potential lien information, which information is necessary for plaintiff to engage in meaningful settlement discussions. Judge Davison has adjourned the settlement conference to December 13, 2022. In light of this development, and on consent of opposing counsel, I write to respectfully request an adjournment of the November 2, 2022 conference to a date sometime after the re-scheduled settlement conference. I thank the Court for its consideration of this request and apologize for any inconvenience thereby caused.

Respectfully submitted,

Jonathan R. Goldman

cc: Brian Sokoloff, counsel for defendants (by ECF)

---

Pltf's request for an adjournment of the telephonic Status Conf. from Nov. 2, 2022 until Dec. 21, 2022 at 12:00 noon is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF 35.
Dated: White Plains, NY
       Oct. 27, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022